**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 23-7285**

―――――――――――

JONTAVIOUS KYREE LYONS,

  Petitioner - Appellant,

  v.

WARDEN J. C. STREEVAL,

  Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:23-cv-00035-TTC-JCH)

―――――――――――

Submitted:  December 5, 2024                    Decided:  December 9, 2024

―――――――――――

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

―――――――――――

Affirmed and remanded by unpublished per curiam opinion.

―――――――――――

Jontavious Kyree Lyons, Appellant Pro Se.  Jonathan Patrick Jones, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jontavious Kyree Lyons, a federal prisoner, filed a 28 U.S.C. § 2241 petition seeking to challenge his sentence by way of the savings clause in 28 U.S.C. § 2255(e). He appeals the district court's order dismissing his § 2241 petition without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Lyons v. Streeval*, No. 7:23-cv-00035-TTC-JCH (W.D. Va. Dec. 5, 2023); *see Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that a petitioner cannot use a § 2241 petition to mount successive collateral challenges to federal sentence). However, we remand this matter to the district court to correct the mistaken reference to Lyons as "Reid" on page 4 of the district court's opinion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AND REMANDED*